IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIKA PUCIATY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CASE NO.:   1:20-cv-526 |
| LAWRENCE M. HEIL, SOCIETY OF ST. VINCENT DE PAUL, ARCHIDIOCESAN COUNCIL OF INDIANAPOLIS, INC., ABDUL A. ZALMAI, and 1137254 ONTARIO LTD. d/b/a VIRDI TRUCKING COMPANY, | ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Monika Puciaty, by counsel, Terrence M. Rubino of Rubino, Ruman, Crosmer & Polen, LLC, and for her cause of action against defendants, Lawrence M. Heil, Society of St. Vincent de Paul, Archdiocesan Council of Indianapolis, Inc., Abdul A. Zalmai, and 1137254 Ontario Ltd. d/b/a Virdi Trucking Company, states as follows:

1. That the plaintiff, Monika Puciaty, is a citizen of the State of South Carolina.

2. That the defendant, Lawrence M. Heil, is a citizen of the State of Indiana.

3. That the defendant, Abdul A. Zalmai, is a citizen of the Country of Canada.

4. That the defendant, Society of St. Vincent de Paul, Archdiocesan Council of Indianapolis, Inc., is an Indiana corporation.

5. That the defendant, 1137254 Ontario Ltd. d/b/a Virdi Trucking Company, is a Canadian corporation with its principle place of business located in Ontario, Canada.

6. That the matter in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.   Jurisdiction is based upon diversity of citizenship.

7. That on or about April 12, 2019, plaintiff Monika Puciaty was operating her vehicle northbound on Interstate 65 near mile marker 110.5 in Indianapolis, Marion County, Indiana.

8. That at said time and place, defendant Lawrence M. Heil was operating a semi-tractor trailer owned by defendant Society of St. Vincent de Paul, Archdiocesan Council of Indianapolis, Inc. northbound on Interstate 65 near mile marker 110.5 in Indianapolis, Marion County, Indiana.

9. That at said time and place, defendant Lawrence M. Heil was the agent, servant, and/or employee of defendant Society of St. Vincent de Paul, Archdiocesan Council of Indianapolis, Inc.

10. That at said time and place, defendant Abdul A. Zalmai was operating a semi-tractor trailer owned by defendant 1137254 Ontario Ltd. d/b/a Virdi Trucking Company northbound on Interstate 65 near mile marker 110.5 in Indianapolis, Marion County, Indiana.

11. That at said time and place, defendant Abdul A. Zalmai was the agent, servant, and/or employee of defendant 1137254 Ontario Ltd. d/b/a Virdi Trucking Company.

12. That at said time and place defendants, Lawrence M. Heil and Abdul A. Zalmai, were at fault in causing a collision to occur with the plaintiff's vehicle.

13. That the defendant, Society of St. Vincent de Paul, Archdiocesan Council of Indianapolis, Inc., was negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Lawrence M. Heil.

14. That the defendant, 1137254 Ontario Ltd. d/b/a Virdi Trucking Company, was negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Abdul A. Zalmai.

15. That as a direct and proximate result of said misconduct and fault by the defendants, the plaintiff, Monika Puciaty, was injured, some of which injuries may be permanent, incurred medical expenses, and was otherwise damaged.

WHEREFORE, the plaintiff prays for judgment against the defendants in a sum which will reasonably compensate her for her damages in excess of $75,000.00, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, interest and any other proper relief.

       _s/ Terrence M. Rubino_
       TERRENCE M. RUBINO, #6220-45
       Rubino Ruman Crosmer & Polen, LLC
       Attorney for Plaintiff

## JURY DEMAND

Comes now plaintiff, by counsel, and demands trial by jury.

Respectfully submitted,

s/ *Terrence M. Rubino*
TERRENCE M. RUBINO, #6220-45
Rubino Ruman Crosmer & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
trubino@rubinoruman.com
Attorney for Plaintiff