UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIKA PUCIATY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:20-cv-526-JPH-DLP ) |
| LAWRENCE M. HEIL, SOCIETY OF ST. VINCENT DE PAUL, ARCHDIOCESAN COUNCIL OF INDIANAPOLIS, INC., ABDUL A. ZALMAI and 1137254 ONTARIO LTD d/b/a VIRDI TRUCKING COMPANY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ***AMENDED***
### NOTICE OF SETTLEMENT

Defendants, Abdul A. Zalmai and 1137254 Ontario Ltd d/b/a Virdi Trucking Company, by counsel, hereby notify the Court that all parties to this action, Plaintiff, Monika Puciaty, and Defendants, Lawrence M. Heil, Society of St. Vincent de Paul Archdiocesan Council of Indianapolis, Inc., Abdul A. Zalmai and 1137254 Ontario Ltd. d/b/a Virdi Trucking Company, have reached a settlement. The parties require time to finalize the settlement documents. A Stipulation of Dismissal and Order thereon will be forwarded to the Court as soon as possible.

Respectfully submitted,

WHITTEN LAW OFFICE

***s/Jason J. Hoy***
Jason J. Hoy/20931-49
Christopher R. Whitten/20429-49
*Counsel for Defendants, Abdul A. Zalmai and 1137254 Ontario Ltd d/b/a Virdi Trucking Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Terrence M. Rubino, Esq.
Michael E. Polen, Jr., Esq.
RUBINO RUMAN CROSMER & POLEN
TRubino@RubinoRuman.com
MPolen@RubinoRuman.com

David A. Izzo, Esq.
SELECTIVE STAFF COUNSEL OF INDIANA
David.Izzo@Selective.com

Daniel J. Zlatic, Esq.
FRANCZEK RADELET
DZlatic@RubinoRuman.com

                        *s/Jason J. Hoy*
                        Jason J. Hoy

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
FX:   317-362-0151
cwhitten@indycounsel.com
jhoy@indycounsel.com