UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIKA PUCIATY,<br><br>        Plaintiff,<br><br>vs.<br><br>LAWRENCE M. HEIL,<br>SOCIETY OF ST. VINCENT DE PAUL,<br>ARCHDIOCESAN COUNCIL<br>OF INDIANAPOLIS, INC.,<br>ABDUL A. ZALMAI and<br>1137254 ONTARIO LTD d/b/a<br>VIRDI TRUCKING COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:20-cv-526-JPH-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, Monika Puciaty, by counsel, and Defendants, Lawrence M. Heil, Society of St. Vincent de Paul Archdiocesan Council of Indianapolis, Inc., Abdul A. Zalmai and 1137254 Ontario Ltd d/b/a Virdi Trucking Company, by counsel, hereby stipulate that the above-entitled cause of action be **DISMISSED**, with prejudice, costs paid.

**RUBINO RUMAN CROSMER & POLEN**

By_____
Terrence M. Rubino/#6220-45
Michael E. Polen, Jr./#25052-45
Daniel J. Zlatic/#19920-45
275 Joliet Street, Suite 330
Dyer, IN 46311
TRubino@RubinoRuman.com
MPolen@RubinoRuman.com
dzlatci@rubinoruman.com
*Attorneys for Plaintiff, Monika Puciaty*

**WHITTEN LAW OFFICE**

By_____
Jason J. Hoy/20931-49
Christopher R. Whitten/#20429-49
6801 Gray Road, Suite H
Indianapolis, IN 46237
jhoy@indycounsel.com
cwhitten@indycounsel.com
*Attorneys for Defendants, Abdul A.
Zalmai and 1137254 Ontario Ltd
d/b/a Virdi Trucking Company*

**SELECTIVE STAFF COUNSEL OF INDIANA**

By  *s/David A. Izzo* (with permission)
 David A. Izzo/#28196-49
 900 East 96th Street, Suite 425
 Indianapolis, IN 46240
 David.izzo@selective.com
 *Attorneys for Defendants,*
 *Lawrence M. Heil and Society of*
 *St. Vincent de Paul Archdiocesan*
 *Council of Indianapolis, Inc.*